CO-386-online
10/03

# United States District Court
# For the District of Columbia

St. Luke's Hospital )
)
)
)
)
       vs      Plaintiff )     Civil Action No._____
)
Michael O. Leavitt, in his official capacity as )
Secretary of the U.S. Dept. of Health & Human )
Services )
)
       Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  St. Luke's Hospital  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  St. Luke's Hospital  which have any outstanding securities in the hands of the public:

The Lehigh County Authority (issued tax-free bonds)

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

415173                              James P. Holloway
BAR IDENTIFICATION NO.              Print Name

Ober, Kaler, Grimes & Shriver, P.C., 1401 H Street, N.W.
Address

Washington, D.C. 20005-3324
City           State          Zip Code

(202) 408-8400
Phone Number