UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ST. LUKE'S HOSPITAL )
)
)
v. )                                  Case No. 1:08-cv-883
)
MICHAEL O. LEAVITT, )
Secretary, Department of Health and Human )
Services )
)

### Affidavit of Service

    I, Max Brandy, say that I am over the age of eighteen years, and that my business address is: 1401 H Street, N.W., Suite 500, Washington, DC 20005. On May 29, 2008, I served the Summons; Complaint; Notice of Right To Consent To Trial Before A United States Magistrate Judge; and Initial Electronic Case Filing Order in the above entitled case on Michael O. Leavitt, as Secretary of Health and Human Services, Humphrey Building, Room #713F, 200 Independence Avenue, S.W., Washington, DC 20201 by directly giving to a United States Postal Service employee a copy of the Certified Summons and the Certified Complaint, enclosed in an envelope, Certified Mail postage prepaid, addressed as set forth above.

A copy of the Domestic Return Receipt is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 10, 2008

                                                                               Max Brandy

152997.1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Michael O. Leavitt
    Secretary of Health & Human Services
    Department of Health & Human Services
    Humphrey Building, Room 713F
    200 Independence Ave., S.W.
    Washington, DC 20201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Virgil Werts_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Virgil Werts
C. Date of Delivery: 05-30-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0005 6520 6819

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540