UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ST. LUKE'S HOSPITAL )
)
)
v. )                                    Case No. 1:08-cv-883
)
MICHAEL O. LEAVITT, )
Secretary, Department of Health and Human )
Services )
)

### Affidavit of Service

    I, Max Brandy, say that I am over the age of eighteen years, and that my business address is: 1401 H Street, N.W., Suite 500, Washington, DC 20005. On May 29, 2008, I served the Summons; Complaint; Notice of Right To Consent To Trial Before A United States Magistrate Judge; and Initial Electronic Case Filing Order in the above entitled case on Jeffrey A. Taylor, as U.S. Attorney for the District of Columbia, 555 4th Street N.W., Washington, DC 20530 by directly giving to a United States Postal Service employee a copy of the Certified Summons and the Certified Complaint, enclosed in an envelope, Certified Mail postage prepaid, addressed as set forth above.

A copy of the Domestic Return Receipt is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 10, 2008                                   _____
                                                                        Max Brandy

152997.2

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>MAY 3 0 2008 |
| 1. Article Addressed to:<br><br>Jeffrey A. Taylor<br>U.S. Attorney for the District of Columbia<br>555 4th Street, N.W.<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2760 0005 6520 6826 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540