IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ST. LUKE'S HOSPITAL,** | ) | |
| | ) | |
| **Plaintiff**, | ) | |
| | ) | |
| v. | ) | Case No. 1:08-cv-00883-JR |
| | ) | |
| **MICHAEL O. LEAVITT**, as Secretary of | ) | |
| Health and Human Services, | ) | |
| | ) | |
| **Defendant.** | ) | |

### DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE HIS ANSWER

WHEREAS, the Defendant, Michael O. Leavitt, Secretary of Health and Human Services, is currently required to answer or to otherwise respond to the complaint in this action no later than July 29, 2008;

WHEREAS, this action involves a challenge by the Plaintiff to a final decision of the Administrator of the Centers for Medicare and Medicaid Services;

WHEREAS, the undersigned counsel will be on previously-scheduled leave during the time that the Defendant's pleading in response to the complaint would otherwise be due;

WHEREAS, an extension of twenty-one days, to and including August 19, 2008, will be sufficient for the Defendant to prepare a responsive pleading to the complaint, as well as to prepare the administrative record relating to this action for filing with the Court;

WHEREAS, the undersigned counsel for the Defendant has consulted with counsel for the Plaintiffs, Robert Mazer, Esquire, and Mr. Mazer stated that he has no objection to an extension of time of twenty-one days, to and including August 19, 2008, for the filing of a pleading in response to the complaint;

-2-

The Defendant respectfully requests that the Court grant his motion for an extension of time, and that the Court order that the Defendant shall answer or otherwise respond to the complaint no later than August 19, 2008.

Dated: July 7, 2008                              Respectfully submitted,

                                                 GREGORY G. KATSAS
                                                 Assistant Attorney General

                                                 JEFFREY A. TAYLOR
                                                 United States Attorney


                                                   /s/ Joel McElvain
                                                 SHEILA M. LIEBER, Deputy Director
                                                 JOEL McELVAIN, Attorney, D.C. Bar # 448431
                                                 United States Department of Justice
                                                 Civil Division, Federal Programs Branch
                                                 20 Massachusetts Ave., NW, Room 7130
                                                 Washington, D.C. 20001
                                                 Telephone:    (202) 514-2988
                                                 Fax:          (202) 616-8202
                                                 Email:        Joel.L.McElvain@usdoj.gov

                                                 *Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ST. LUKE'S HOSPITAL,** | ) | |
| | ) | |
| **Plaintiff**, | ) | |
| | ) | |
| v. | ) | Case No. 1:08-cv-00883-JR |
| | ) | |
| **MICHAEL O. LEAVITT**, as Secretary of | ) | |
| Health and Human Services, | ) | |
| | ) | |
| **Defendant.** | ) | |

## [PROPOSED] ORDER

Upon consideration of the Defendant's unopposed motion for an extension of time in

which to file his answer, and good cause having been shown, it is hereby

ORDERED that the motion is granted, and that the Defendant shall answer or otherwise

respond to the complaint no later than August 19, 2008.


Dated: _____, 2008        _____

JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

Copy To:

Joel McElvain
U.S. Department of Justice
20 Massachusetts Avenue, N.W., Room 7130
Washington, D.C.  20001
Attorney for Defendants

James P. Holloway
Ober, Kaler, Grimes & Shriver
1401 H Street, N.W., Suite 500
Washington, D.C.  20005
Attorney for Plaintiffs