IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **COUNCIL FOR UROLOGICAL INTERESTS**, | ) ) ) | |
| **Plaintiff**, | ) ) | |
| v. | ) ) | Case No. 1:07-cv-02343-HHK |
| **MICHAEL O. LEAVITT**, Secretary of the Department of Health and Human Services, and **UNITED STATES OF AMERICA**, | ) ) ) ) ) | |
| **Defendants.** | ) | |

## **PRAECIPE**

THE CLERK OF THIS COURT will please enter the appearance of Joel McElvain as lead counsel for the Defendants, Michael O. Leavitt, Secretary of the Department of Health and Human Services, and the United States of America, in the above-captioned case.

-2-

Mr. McElvain's appearance is in substitution for that of Christopher B. Harwood. Mr. Harwood, through this filing, is withdrawing his appearance in this case. Accordingly, please direct all communication regarding this case to Mr. McElvain's address listed below.

Dated: July 7, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

  /s/ Christohper B. Harwood
CHRISTOPHER B. HARWOOD
Assistant United States Attorney


  /s/ Joel McElvain
SHEILA M. LIEBER, Deputy Director
JOEL McELVAIN, Attorney, D.C. Bar # 448431
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 7130
Washington, D.C. 20001
Telephone:    (202) 514-2988
Fax:          (202) 616-8202
Email:        Joel.L.McElvain@usdoj.gov

*Attorneys for Defendant*