IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ST. LUKE'S HOSPITAL,** | ) | |
| | ) | |
| **Plaintiff**, | ) | |
| | ) | |
| v. | ) | Case No. 1:08-cv-00883-JR |
| | ) | |
| **MICHAEL O. LEAVITT**, as Secretary of | ) | |
| Health and Human Services, | ) | |
| | ) | |
| **Defendant.** | ) | |

**[CORRECTED] NOTICE OF SUBSTITUTION OF COUNSEL**

THE CLERK OF THIS COURT will please enter the appearance of Joel McElvain as

lead counsel for the Defendant, Michael O. Leavitt, Secretary of the Department of Health and

Human Services in the above-captioned case.

-2-

Mr. McElvain's appearance is in substitution for that of Christopher B. Harwood.  Mr.

Harwood, through this filing, is withdrawing his appearance in this case.  Accordingly, please

direct all communication regarding this case to Mr. McElvain's address listed below.

Dated: July 8, 2008                              Respectfully submitted,

                                                 GREGORY G. KATSAS
                                                 Assistant Attorney General

                                                 JEFFREY A. TAYLOR
                                                 United States Attorney

                                                 ___/s/ Christopher B. Harwood_____
                                                 CHRISTOPHER B. HARWOOD
                                                 Assistant United States Attorney


                                                 ___/s/ Joel McElvain_____
                                                 SHEILA M. LIEBER, Deputy Director
                                                 JOEL McELVAIN, Attorney, D.C. Bar # 448431
                                                 United States Department of Justice
                                                 Civil Division, Federal Programs Branch
                                                 20 Massachusetts Ave., NW, Room 7130
                                                 Washington, D.C. 20001
                                                 Telephone:    (202) 514-2988
                                                 Fax:          (202) 616-8202
                                                 Email:        Joel.L.McElvain@usdoj.gov

                                                 *Attorneys for Defendant*