IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ST. LUKE'S HOSPITAL**, ) | |
| ) | |
| **Plaintiff**, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-00883-JR |
| ) | |
| **MICHAEL O. LEAVITT**, as Secretary of ) | |
| Health and Human Services, ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant Michael O. Leavitt, Secretary of the United States Department of Health and Human Services, through the undersigned counsel, has answered Plaintiff's Complaint in the above-entitled case on this day of August 19, 2008.

-2-

With this notice, Defendant now files the certified administrative record, in six volumes, in the above-entitled case.

| | |
|---|---|
| Dated: August 19, 2008 | Respectfully submitted, |
| Of Counsel: | GREGORY G. KATSAS<br>Assistant Attorney General |
| THOMAS R. BARKER<br>General Counsel | JEFFREY A. TAYLOR<br>United States Attorney |
| JANICE HOFFMAN<br>Acting Associate General Counsel | SHEILA M. LIEBER<br>Deputy Director |
| MARK D. POLSTON<br>Deputy Associate General<br>    Counsel for Litigation | ___/s/ Joel McElvain_____<br>JOEL McELVAIN, Attorney, D.C. Bar # 448431<br>United States Department of Justice<br>Civil Division, Federal Programs Branch |
| DAVID HOSKINS<br>Attorney<br>Office of the General Counsel<br>U.S. Department of Health<br>    and Human Services | 540 Golden Gate Ave., Room 7-5395<br>San Francisco, California 94102<br>Telephone:    (415) 436-6645<br>Fax:               (415) 436-6632<br>Email:           Joel.McElvain@usdoj.gov |
| | *Attorneys for Defendant* |

CERTIFICATE OF SERVICE

    I hereby certify that on this 19th day of August, 2008, I caused this document to be filed in this Court's electronic filing system, and that that filing constituted service of the document on the attorney listed below. I also hereby certify that on this 19th day of August, 2008, I have caused to be filed with the Clerk of the Court an original and one copy of the Administrative Record, in six volumes, and that I have caused a copy of the Administrative Record, in six volumes, to be delivered to the following counsel by Federal Express:

        James P. Holloway, Esquire
        Ober, Kaler, Grimes & Shriver
        1401 H Street, NW, Suite 500
        Washington, DC 20005

        /s/ Joel McElvain
        JOEL McELVAIN
        *Attorney*