IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ST. LUKE'S HOSPITAL,** ) | |
| ) | |
| **Plaintiff**, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-00883-JR |
| ) | |
| **MICHAEL O. LEAVITT**, as Secretary of ) | |
| Health and Human Services, ) | |
| ) | |
| **Defendant.** ) | |

### JOINT MOTION TO ESTABLISH BRIEFING SCHEDULE

WHEREAS, this action involves a challenge by the Plaintiff, St. Luke's Hospital, to a final decision of the Administrator of the Centers for Medicare and Medicaid Services;

WHEREAS, this Court will review the decision on the basis of the administrative record that has been filed by the Defendant, Michael O. Leavitt, Secretary of Health and Human Services;

WHEREAS, this Court, in its order of August 21, 2008, has directed the parties to file an agreed briefing schedule;

WHEREAS, the parties have conferred, and have agreed to the schedule for the filing of summary judgment motions that is reflected in the attached proposed order;

-2-

The parties respectfully request that the Court adopt the attached proposed order as the briefing schedule in this case.

Dated: August 28, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

   /s/ Joel McElvain
SHEILA M. LIEBER, Deputy Director

   /s/ James P. Holloway
JAMES P. HOLLOWAY
LESLIE DEMAREE GOLDSMITH
Ober, Kaler, Grimes & Shriver
1401 H Street, NW
Washington, DC 20005
Telephone:    (202) 408-8400
Email:        jpholloway@ober.com

JOEL McELVAIN, Attorney, D.C. Bar # 448431
      United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
Telephone:    (415) 436-6645
Email:        Joel.McElvain@usdoj.gov

*Attorney for Plaintiff*

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ST. LUKE'S HOSPITAL,** )<br>)<br>**Plaintiff**, )<br>)<br>v. )<br>)<br>**MICHAEL O. LEAVITT**, as Secretary of )<br>Health and Human Services, )<br>)<br>**Defendant.** ) | Case No. 1:08-cv-00883-JR |

### [PROPOSED] ORDER

Upon consideration of the joint motion to establish a briefing schedule, it is hereby ORDERED as follows:

1. The Plaintiff, St. Luke's Hospital, shall file its motion for summary judgment, its memorandum in support thereof, and its statement of material facts no later then October 28, 2008;

2. The Defendant, Michael O. Leavitt, Secretary of Health and Human Services, shall file his cross-motion for summary judgment, his memorandum in support thereof and in opposition to the Plaintiff's motion, and his statement of material facts no later than November 25, 2008;

3. The Plaintiff shall file its opposition to the Defendant's cross-motion and reply in support of its motion no later than December 17, 2008; and

4. The Defendant shall file his reply in support of his cross-motion no later than January 8, 2009.

Dated: _____, 2008        _____
                                   JAMES ROBERTSON
                                   UNITED STATES DISTRICT JUDGE

Copy To:

Joel McElvain
U.S. Department of Justice
540 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
Attorney for Defendants

James P. Holloway
Ober, Kaler, Grimes & Shriver
1401 H Street, N.W., Suite 500
Washington, D.C.  20005
Attorney for Plaintiffs